# Baker McKenzie.

Baker & McKenzie LLP

452 Fifth Avenue
New York, NY 10018
United States

Tel: +1 212 626 4100
Fax: +1 212 310 1600
www.bakermckenzie.com

**Asia Pacific**
Bangkok
Beijing
Brisbane
Hanoi
Ho Chi Minh City
Hong Kong
Jakarta
Kuala Lumpur*
Manila*
Melbourne
Seoul
Shanghai
Singapore
Sydney
Taipei
Tokyo
Yangon

**Europe, Middle East & Africa**
Abu Dhabi
Almaty
Amsterdam
Antwerp
Bahrain
Barcelona
Berlin
Brussels
Budapest
Cairo
Casablanca
Doha
Dubai
Dusseldorf
Frankfurt/Main
Geneva
Istanbul
Jeddah*
Johannesburg
Kyiv
London
Luxembourg
Madrid
Milan
Munich
Paris
Prague
Riyadh*
Rome
Stockholm
Vienna
Warsaw
Zurich

**The Americas**
Bogota
Brasilia**
Buenos Aires
Caracas
Chicago
Dallas
Guadalajara
Houston
Juarez
Lima
Los Angeles
Mexico City
Miami
Monterrey
New York
Palo Alto
Porto Alegre**
Rio de Janeiro**
San Francisco
Santiago
Sao Paulo**
Tijuana
Toronto
Washington, DC

\* Associated Firm
\*\* In cooperation with Trench, Rossi e Watanabe Advogados

June 26, 2024

The Honorable P. Kevin Castel
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:     General Electric Company v. Global Fiberglass Solutions of Texas, LLC
        No. 23 Civ. 8346 (PKC)

Dear Judge Castel:

We represent Plaintiff General Electric Company ("GE") in the above-captioned case against Defendant Global Fiberglass Solutions of Texas, LLC ("GFS"). We write in response to GFS's adjournment request, *see* ECF No. 44, of the initial conference scheduled for July 1, 2024, which GFS incorrectly identifies as scheduled for June 21, 2024.

Given GFS's failure to retain counsel and appear despite multiple extensions from the Court, as previously documented in GE's filing in opposition to GFS's third extension of time within which to respond to the Complaint, *see* ECF No. 18, GE opposes GFS's adjournment request. In that regard, GE notes that, while GFS represents that "Mr. [Michael] Bouman . . . has kindly agreed to support [it] in this matter," *see* ECF No. 44, GE confirmed on June 25, 2024, that Mr. Bouman does not represent any party to the litigation.

In light of the foregoing, the bases GFS cites in support of its adjournment request are inapposite, and GE is ready and willing to participate in the July 1 conference. GE thus respectfully requests that the Court deny GFS's adjournment request.

*[Handwritten note:]* Given the pending motion for a default judgment, there is no need for a conference, and the July 1 conference is VACATED. The motion to seal (ECF 34) is provisionally granted and should be terminated.
SO ORDERED
/s/ P. Kevin Castel, USDJ
6-27-24

Baker & McKenzie LLP is a member of Baker & McKenzie International.

**Baker McKenzie.**

Sincerely,

*[signature]*

Jacob M. Kaplan
Partner

+1 212 891 3896
Jacob.Kaplan@bakermckenzie.com

CC: Ronald Albrecht, Ph.D.
Global Fiberglass Solutions of Texas, LLC
11335 NE 122nd Way, Suite 105
Kirkland, WA 98034
ronald@globalfiberglass.com

2